1  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  INA STANGENES, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   PHOENIX TECHNOLOGIES LTD.
8

Filed
MAR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR
E-FILING
CPVT

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

                                            C08  01286  PVT

12  PHOENIX TECHNOLOGIES LTD., a Delaware     Case No.
    Corporation,
13
                   Plaintiff,                 PLAINTIFF'S ADMINISTRATIVE
14                                            MOTION FOR LEAVE TO FILE
         vs.                                  DOCUMENTS UNDER SEAL
15

16  DAVID P. JABLON, an individual,
                                              Complaint Filed:  March 4, 2008
17                 Defendant.                 Trial Date:       None Set

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO.

Pursuant to Civil Local Rules 7-11(a) and 79-5(b), Plaintiff Phoenix Technologies Ltd. ("Plaintiff" or "Phoenix") requests that the following materials be filed under seal, as they contain trade secrets and other confidential research, development, or commercial information, which is developed and maintained in a highly confidential fashion and gives Phoenix an advantage over its competitors. Disclosure of this material "could result in improper use of the material for . . . infringement upon trade secrets," and therefore Phoenix respectfully requests that it be filed under seal. *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). The materials submitted under seal are as follows:

  1. Portions of Phoenix's *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause re: Preliminary Injunction, and an Order Authorizing Expedited Discovery and Memorandum of Points and Authorities in Support;

  2. Portions of the Declaration of Robin Eller;

  3. Portions of the Declaration of Timothy J. Markey and Exhibits B, C, D and E;

  4. Portions of the Declaration of Michael W. Stebbins and Exhibit B;

These materials (hereinafter the "Materials) disclose information that has been designated as "Confidential" (Documents 1-2 and 4) or "Highly-Confidential – Attorneys' Eyes Only" (portions of Document 3) by Phoenix because they contain confidential, proprietary and trade secret information relating to Phoenix's source code files for certain products, proprietary licensing documents with third parties, and related information and materials (collectively, the "Trade Secrets"). There is not yet a protective order in place in this action. Phoenix's confidentiality interest therefore overcomes the right of public access to the record, as a substantial probability exists that Phoenix's overriding confidentiality interest will be prejudiced if the record is not sealed. Further, the proposed sealing is narrowly tailored and no less restrictive means exist to achieve this overriding interest

Although the information in the Materials is submitted under seal, Phoenix relies on this information to show that its *ex parte* Application should be granted. Pursuant to Local Civil Rule

1

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO.

1  79-5(b)-(c), Plaintiff therefore lodges the Materials with this Court, and respectfully request leave
2  to file the aforementioned documents under seal to protect Phoenix's Trade Secrets.
3        Respectfully submitted.
4
5  Dated:  March 4, 2008.                    BERGESON, LLP
6
7                                            By: /s/ Michael W. Stebbins
                                              Michael W. Stebbins
8                                             Attorneys for Plaintiff
                                              PHOENIX TECHNOLOGIES LTD.