1  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  INA STANGENES, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   PHOENIX TECHNOLOGIES LTD.

*Filed MAR - 4 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

*ADR E-FILING*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,

    Plaintiff,

vs.

DAVID P. JABLON, an individual,

    Defendant.

Case No. C08 01286 PVT

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

NONE

Dated: March 4, 2008

BERGESON, LLP

By *(signature)*
Michael W. Stebbins
Attorneys for Plaintiff
PHOENIX TECHNOLOGIES LTD.

---

- 1 -
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No.