AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

PHOENIX TECHNOLOGIES LTD., a Delaware Corporation

V.

DAVID P. JABLON, an individual,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

C08 01286 PVT

**TO:** (Name and address of defendant)
DAVID P. JABLON, an individual
7 Buckskin Drive
Westboro, MA 01581-2111

YOU ARE HEREBY SUMMONED and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

MICHAEL W. STEBBINS/MELINDA M. MORTON
BERGESON, LLP
303 ALMADEN BLVD., SUITE 500
SAN JOSE, CA 95110-2712
TEL: (408) 291-6200

an answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

MAR - 4 2008

CLERK
Tiffany Salinas-Harwell

DATE

(BY) DEPUTY CLERK

AO-440

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United Stated of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
  Date                                    Signature of Server

                                         _____
                                         Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.