1  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  INA STANGENES, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   PHOENIX TECHNOLOGIES LTD.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 PHOENIX TECHNOLOGIES LTD., a Delaware    Case No. C08-01286 PVT
   Corporation,
13
                   Plaintiff,               **PLAINTIFF'S DECLINATION TO
14                                          PROCEED BEFORE A MAGISTRATE
         vs.                                JUDGE AND REQUEST FOR
15                                          REASSIGNMENT TO A UNITED STATES
                                            DISTRICT JUDGE**
16 DAVID P. JABLON, an individual,

17                 Defendant.

1  The undersigned parties hereby decline to consent to the assignment of this case to a
2  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
3  this case to a United States District Judge.

5  Dated: March 5, 2008                         BERGESON, LLP

              By: _____
                  Michael W. Stebbins
                  Attorneys for Plaintiff
                  PHOENIX TECHNOLOGIES LTD.

---

PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT BEFORE A U.S. DISTRICT JUDGE    CASE NO. C08-01286