**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**March 6, 2008**

CASE NUMBER:  CV 08-01286 PVT
CASE TITLE:  PHOENIX TECHNOLOGIES LTD-v-DAVID P. JABLON

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/6/2008

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | | Special Projects | |
|---|---|---|---|
| Log Book Noted | 3/6/2008 | Entered in Computer | 3/6/2008 |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel | 3/6/2008 | Transferor CSA | 3/6/2008 | bjw |