**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **PHOENIX TECHNOLOGIES, LTD.,** | **C 08-1286 PVT** |
| Plaintiff(s), | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **DAVID P. JABLON,** | |
| Defendant(s). | |

_____

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: March 6, 2008                  RICHARD W. WIEKING,
                                            Clerk of Court

                                            /s/ Corinne Lew
                                            _____
                                            By: Corinne Lew
                                            Deputy Clerk