1 | SQUIRE, SANDERS & DEMPSEY L.L.P.
David S. Elkins (State Bar # 148077)
2 | delkins@ssd.com
Jose Luis Martin (State Bar # 203709)
3 | jlmartin@ssd.com
Xavier M. Brandwajn (State Bar # 246218)
4 | xbrandwajn@ssd.com
600 Hansen Way
5 | Palo Alto, CA  94304-1043
Telephone:     +1.650.856.6500
6 | Facsimile:     +1.650.843.8777

7 | Attorneys for Defendant
DAVID P. JABLON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>                     Plaintiff,<br><br>             vs.<br><br>DAVID P. JABLON, an individual,<br><br>                     Defendant. | Case No. C 08 01286 RMW (PVT)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT DAVID P. JABLON** |

1   PLEASE TAKE NOTICE that David S. Elkins, Jose Luis Martin and Xavier M.
2   Brandwajn of the law firm of Squire Sanders & Dempsey L.L.P. hereby enter their appearance as
3   counsel of record for defendant DAVID JABLON in this action. For purposes of receipt of
4   Notices of Electronic Filing, their e-mail addresses are as follows:

5       David Elkins:    delkins@ssd.com
6       Jose Luis Martin:    jlmartin@ssd.com
7       Xavier M. Brandwajn:    xbrandwajn@ssd.com

9   Dated:  March 10, 2008    SQUIRE, SANDERS & DEMPSEY L.L.P.

11      By:  /s/ Xavier M. Brandwajn
12          David S. Elkins
            Jose Luis Martin
13          Xavier M. Brandwajn

14      Attorneys for Defendant
        DAVID P. JABLON