# AMERICAN CONTRACTORS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
2008 MAR 26  A 11: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Phoenix Technologies LTD., a Delaware Corporation

Plaintiff,

vs.

David P. Jablon, an Individual,

Defendant.

Case No. 08-01286 RMW (ADR)

UNDERTAKING UNDER
SECTION 529 C.C.P.

AMERICAN CONTRACTORS INDEMNITY COMPANY
9841 AIRPORT BLVD., 9TH FLOOR
LOS ANGELES, CA 90045

WHEREAS, the above named *************** Phoenix Technologies LTD. ***************, as Principal(s) desires to give an undertaking for ****** Temporary Restraining Order ****** as provided by Section 529 C.C.P.

NOW, THEREFORE, the Surety, does hereby obligate itself, jointly and severally, to *************************************** David P. Jablon *************************************** under said statutory obligations in the sum of ********** Twenty Five Thousand and no 00/100 ************ Dollars ($25,000.00)

IN WITNESS WHEREOF, The corporate seal and name of the said Surety Company is hereto affixed and attested by **Kevin Comstock** who declares under penalty of perjury that he is its duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

Executed at **San Jose,** California on March 26, 2008

Bond No. **1000786282**

AMERICAN CONTRACTORS INDEMNITY COMPANY

The premium charge for this bond
is $**500.00** per annum.

KEVIN COMSTOCK                    Attorney-in-Fact

# CIVIL BOND

# American Contractors Indemnity Company 

9841 Airport Blvd., 9th Floor Los Angeles, California 90045

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That American Contractors Indemnity Company of the State of California, a California corporation, does hereby appoint,

**Kevin Comstock or Will Mingram of San Jose, California**

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an amount not to exceed $ **********2,000,000.00**********. This Power of Attorney shall expire without further action on January 3, 2010.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following resolutions adopted by the Board of Directors of AMERICAN CONTRACTORS INDEMNITY COMPANY at a meeting duly called and held on the 6th day of December, 1990.

"RESOLVED that the Chief Executive Officer, President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have the power and authority

1. To appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,

2. To remove, at any time, any such Attorney-in-Fact and revoke the authority given.

RESOLVED FURTHER, that the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached."

IN WITNESS WHEREOF, American Contractors Indemnity Company has caused its seal to be affixed hereto and executed by its authorized officer on the 15th day of October, 2007.

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____
Name: Leon B. Back, Jr.    its Senior Vice President

STATE OF CALIFORNIA §
COUNTY OF LOS ANGELES §

On this 15th day of October, 2007, before me, Rochelle A. Hill, a notary public, personally appeared Leon B. Back, Jr., Senior Vice President of American Contractors Indemnity Company, personally known to me (~~or proved to me on the basis of satisfactory evidence~~) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Rochelle A. Hill_
Signature of Notary

ROCHELLE A. HILL
Commission # 1634494
Notary Public - California
Los Angeles County
My Comm. Expires Jan 3, 2010

I, Jeannie J. Kim, Corporate Secretary of American Contractors Indemnity Company, do hereby certify that the Power of Attorney and the resolutions adopted by the Board of Directors of said Company as set forth above, are true and correct transcripts thereof and that neither the said Power of Attorney nor the resolutions have been revoked and they are now in full force and effect.

IN WITNESS HEREOF, I have hereunto set my hand this 26th day of March, 2008.

_Jeannie J. Kim, Corporate Secretary_

Bond No. 1 00786282

Agency No. #11535

Rev. POA03/06