AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

PHOENIX TECHNOLOGIES LTD., a Delaware Corporation

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: C08-01286

DAVID P. JABLON, an individual,

FILED
2008 MAR 10 A 11: 20
RICHARD W. WIEKING
CLERK
U.S. DIST. OF CA. S.J.

RMW

**TO:** (Name and address of defendant)
DAVID P. JABLON, an individual
7 Buckskin Drive
Westboro, MA  01581-2111

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

MICHAEL W. STEBBINS/MELINDA M. MORTON
BERGESON, LLP
303 ALMADEN BLVD., SUITE 500
SAN JOSE, CA 95110-2712
TEL: (408) 291-6200

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

MAR - 4 2008

CLERK                                    DATE

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

AO-440

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>March 6, 2008 |
| NAME OF SERVER (PRINT)<br>Virginia Ross | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by electronic mail on defendant's attorney, David S. Elkins, Esq., Squire, Sanders & Dempsey LLP, 600 Hansen Way, Palo Alto, CA 94303; email: DElkins@SSD.com; jlmartin@SSD.com; xbrandwajn@SSD.com

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United Stated of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 6, 2008
Date

Signature of Server
Virginia Ross

Bergeson, LLP
303 Almaden Blvd., Ste 500, San Jose, CA 95113
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.