1  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  INA STANGENES, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Plaintiff
   PHOENIX TECHNOLOGIES LTD.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12  PHOENIX TECHNOLOGIES LTD., a Delaware     Case No. 08-01286 RMW (ADR)
    Corporation,
13                                            **JOINT REPORT RE: MEDIATION**
                      Plaintiff,
14
        vs.
15
                                              Complaint Filed:    March 4, 2008
16  DAVID P. JABLON, an individual,           Trial Date:         None Set

17                    Defendant.

18

19        Pursuant to Paragraph 5 of the Stipulated Temporary Restraining Order and Order

20  Authorizing Expedited Discovery, entered on March 21, 2008 ("the Order"), the parties hereby

21  inform the Court that they have agreed upon a mediator in this matter and have set a mediation

22  date. The mediator is Judge Ellen James (ret) of JAMS and the mediation will be held on May 7,

23  2008.

24  Dated: April 8, 2008                       BERGESON, LLP

25

26                                             By: _____/s/_____
                                                       Michael W. Stebbins
27                                                     Attorneys for Plaintiff
                                                       PHOENIX TECHNOLOGIES LTD.

28

                                      1

1   Dated: April 8, 2008                    SQUIRE, SANDERS & DEMPSEY, L.L.P.

2

3                                           By: ___/s/_____
                                                David S. Elkins (SBN: 148077)
4                                               DElkins@ssk.com
                                                Jose Luis Martin (SBN: 203709)
5                                               JMartin@ssd.com
                                                600 Hansen Way
6                                               Palo Alto, CA  94304-1043
                                                Tel:  650.856.6500
7

8                                               Attorneys for Defendant
                                                DAVID P. JABLON
9

10      *ATTESTATION:*  Pursuant to General Order 45, I declare under penalty of perjury that

11   concurrence in the filing of this document has been obtained by the other signatory.

12
                                                _____/s/_____
13                                                      Michael W. Stebbins

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REPORT RE: MEDIATION