1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    PHOENIX TECHNOLOGIES LTD.,

9         Plaintiff,

10        -v-

11   DAVID P. JABLON,

12        Defendant.

*E-FILED - 6/18/08*

CASE NO.: C-08-01286-RMW

**SEALING ORDER**

13

14

15        IT IS HEREBY ORDERED that plaintiff's ex parte application for temporary restraining

order, order to show cause re: preliminary injunctions, and an order authorizing expedited discovery;

16

declaration of Timothy J. Markey (exhibits B-E); declaration of Robin Eller; declaration of Michael

17

W. Stebbins lodged with the court on March 4, 2008 shall be filed under seal.

18

19

IT IS SO ORDERED.

20

21

22

DATED: June 18, 2008

23

                                                    _Ronald M Whyte_
24                                             _____
                                                    RONALD M. WHYTE
                                                  United States District Judge
25

26

27

28

1

2

3

4

Copy of Order E-Filed to Counsel of Record:

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28