Submitting Counsel listed on signature page

*E-FILED - 7/16/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>                      Plaintiff,<br><br>  vs.<br><br>DAVID P. JABLON, an individual,<br><br>                      Defendant. | Case No. 08-01286 RMW (ADR)<br><br>**STIPULATED PERMANENT INJUNCTION RE: SETTLEMENT**<br><br>The Honorable Ronald M. Whyte<br><br>Complaint Filed:    March 4, 2008<br>Trial Date:            None Set |

1    This Stipulated Permanent Injunction re: Settlement (the "Stipulated Injunction") is made between plaintiff Phoenix Technologies Ltd. ("Phoenix") and defendant David P. Jablon ("Jablon") by their respective undersigned counsel pursuant to that certain Settlement Agreement and Mutual General Release between the parties hereto, dated June 3, 2008 (the "Settlement Agreement").

**STIPULATION**

The parties now agree as follows:

1.  Jablon and any other persons in active concert or participation with him who receive actual notice of this Stipulated Injunction, by personal service or otherwise, are hereby restrained and enjoined from directly or indirectly accessing, altering, downloading, copying, referencing, forwarding, disclosing, using, marketing, disseminating, selling, licensing, leasing, transferring, making any use of, attempting to disclose or use Phoenix's trade secrets and/or confidential proprietary information, including but not limited to inventions, improvements, innovations of any kind, product plans, marketing plans, business strategies and any other nonpublic technical or business information that Phoenix would desire to treat as confidential for any purpose, relating to the software products, services or technologies in connection with computer, network or electronic device security that Phoenix developed and/or acquired, including but not limited to StrongROM, SPEKE or BSAFE (collectively the "Trade Secret Property").

3.  This Stipulated Injunction is entered on July __, 2008, but shall not constitute entry of a final judgment against Jablon; rather, after entry of this Stipulated Injunction this action will be dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms and conditions of this Stipulated Injunction as otherwise provided by law.

4.  Upon the Court's entry of this Stipulated Injunction, the Stipulated Temporary Restraining Order and Order Authorizing Expedited Discovery issued by this Court on March 21, 2008 shall be dissolved and the Clerk of the Court shall be authorized and ordered to return to Phoenix the $50,000 bond it posted as security.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: July 9, 2008 | BERGESON, LLP |
| 2 | | By_____/s/_____ |
| 3 | | Michael W. Stebbins, Bar No. 138326 |
| | | mstebbins@be-law.com |
| 4 | | 303 Almaden Boulevard, Suite 500 |
| | | San Jose, CA 95110-2712 |
| 5 | | Telephone: (408) 291-6200 |
| | | Facsimile: (408) 297-6000 |
| 6 | | |
| | | Attorneys for Plaintiff |
| 7 | | PHOENIX TECHNOLOGIES LTD. |
| 8 | Dated: July 9, 2008 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| 9 | | By_____/s/_____ |
| 10 | | David S. Elkins (State Bar No. 148077) |
| | | DElkins@ssd.com |
| 11 | | 600 Hansen Way |
| | | Palo Alto, California 94304-1043 |
| 12 | | Telephone: 650.856.6500 |
| 13 | | Attorneys for Defendant DAVID JABLON |

## ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: July __16__, 2008

*Ronald M. Whyte*
_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE