1 | Submitting Counsel listed on signature page

*E-FILED - 7/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID P. JABLON, an individual,<br><br>Defendant. | Case No. 08-01286 RMW (ADR)<br><br>**CORRECTED STIPULATED PERMANENT INJUNCTION RE: SETTLEMENT**<br><br>The Honorable Ronald M. Whyte<br><br>Complaint Filed:   March 4, 2008<br>Trial Date:         None Set |

This Stipulated Permanent Injunction re: Settlement (the "Stipulated Injunction") is made between plaintiff Phoenix Technologies Ltd. ("Phoenix") and defendant David P. Jablon ("Jablon") by their respective undersigned counsel pursuant to that certain Settlement Agreement and Mutual General Release between the parties hereto, dated June 3, 2008 (the "Settlement Agreement").

**STIPULATION**

The parties now agree as follows:

1. Jablon and any other persons in active concert or participation with him who receive actual notice of this Stipulated Injunction, by personal service or otherwise, are hereby restrained and enjoined from directly or indirectly accessing, altering, downloading, copying, referencing, forwarding, disclosing, using, marketing, disseminating, selling, licensing, leasing, transferring, making any use of, attempting to disclose or use Phoenix's trade secrets and/or confidential proprietary information, including but not limited to inventions, improvements, innovations of any kind, product plans, marketing plans, business strategies and any other nonpublic technical or business information that Phoenix would desire to treat as confidential for any purpose, relating to the software products, services or technologies in connection with computer, network or electronic device security that Phoenix developed and/or acquired, including but not limited to StrongROM, SPEKE or BSAFE (collectively the "Trade Secret Property").

3. This Stipulated Injunction is entered on July _16_, 2008, but shall not constitute entry of a final judgment against Jablon; rather, after entry of this Stipulated Injunction this action will be dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms and conditions of this Stipulated Injunction as otherwise provided by law.

4. Upon the Court's entry of this Stipulated Injunction, the Stipulated Temporary Restraining Order and Order Authorizing Expedited Discovery issued by this Court on March 21, 2008 shall be dissolved and the Clerk of the Court shall be authorized and ordered to return to Phoenix the $50,000 bond it posted as security.

/ / /

/ / /

/ / /

1  Dated: July 9, 2008                         BERGESON, LLP

2                                              By_____/s/_____
                                                  Michael W. Stebbins, Bar No. 138326
3                                                 mstebbins@be-law.com
                                                  303 Almaden Boulevard, Suite 500
4                                                 San Jose, CA 95110-2712
                                                  Telephone:  (408) 291-6200
5                                                 Facsimile:   (408) 297-6000

6                                              Attorneys for Plaintiff
7                                              PHOENIX TECHNOLOGIES LTD.

8  Dated: July 9, 2008                         SQUIRE, SANDERS & DEMPSEY L.L.P.

9                                              By_____/s/_____
                                                  David S. Elkins (State Bar No. 148077)
10                                                DElkins@ssd.com
                                                  600 Hansen Way
11                                                Palo Alto, California  94304-1043
                                                  Telephone: 650.856.6500
12
13                                             Attorneys for Defendant DAVID JABLON

14

15                                    **ORDER**

16     PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS
17  SO ORDERED.

18
19
20  Dated:  July _16__, 2008              _Ronald M. Whyte_____
21                                         RONALD M. WHYTE
                                           UNITED STATES DISTRICT COURT JUDGE
22