Submitting Counsel listed on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID P. JABLON, an individual,<br><br>　　　　　　　　　Defendant. | Case No. 08-01286 RMW (ADR)<br><br>**STIPULATION FOR DISMISSAL**<br><br><br>The Honorable Ronald M. Whyte<br><br>Complaint Filed:　　March 4, 2008<br>Trial Date:　　　　　None Set |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Phoenix Technologies Ltd. ("Phoenix") and defendant David P. Jablon ("Jablon"), by their respective undersigned counsel, and pursuant to that certain Settlement Agreement and Mutual General Release between the parties hereto, dated June 3, 2008 (the "Settlement Agreement"), hereby stipulate and agree that this action is hereby dismissed with prejudice. The parties shall bear their own costs and fees.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: July 17, 2008 | BERGESON, LLP |
| 2 | | By_____/s/_____ |
| 3 | | Michael W. Stebbins, Bar No. 138326 |
| | | mstebbins@be-law.com |
| 4 | | 303 Almaden Boulevard, Suite 500 |
| | | San Jose, CA 95110-2712 |
| 5 | | Telephone:  (408) 291-6200 |
| | | Facsimile:   (408) 297-6000 |
| 6 | | |
| | | Attorneys for Plaintiff |
| 7 | | PHOENIX TECHNOLOGIES LTD. |
| 8 | Dated: July 17, 2008 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| 9 | | By_____/s/_____ |
| 10 | | David S. Elkins (State Bar No. 148077) |
| | | DElkins@ssd.com |
| 11 | | 600 Hansen Way |
| | | Palo Alto, California  94304-1043 |
| 12 | | Telephone: 650.856.6500 |
| 13 | | Attorneys for Defendant DAVID JABLON |